United States District Court
Southern District of Texas
**ENTERED**
January 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DAVID ABGARIAN, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-334 |
| | § | |
| | § | |
| KRISTI NOEM, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## **PERMANENT INJUNCTION**

On January 22, 2026, the Court granted Petitioner David Abgarian's petition for writ of habeas corpus and concluded that he had demonstrated entitlement to a permanent injunction. (*See* Order, Doc. 8)  As a result, it is:

**ORDERED** that if, by February 5, 2026, Petitioner David Abgarian has not received a bond hearing before an Immigration Judge at which the Immigration Judge considered and decided the merits of Petitioner David Abgarian's request for a bond, Respondents shall immediately release him[1]; and

**ORDERED** that by no later than February 6, 2026, Respondents shall file a status report with the Court indicating whether Petitioner David Abgarian has received the bond hearing described in the previous paragraph, and informing the Court of the results of the bond hearing and whether Petitioner David Abgarian remains in custody.

This is a final and appealable judgment.

The Clerk of Court is directed to close this matter.

Signed on January 22, 2026.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.

---

[1] The Court informs the parties that a denial of bond by an Immigration Judge based solely on *Matter of Yajure Hurtado*, 29 I&N Dec. 216 (BIA 2025) shall not be considered as compliance with this Permanent Injunction.

United States District Judge